UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

OCT 2 1 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. **4:20CR00677 SRC/NAB** |
| DEMARKO SMITH, | ) |
| Defendant. | ) |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Daniel James, Special Assistant United States Attorneys for said District, and moves the Court to order Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is charged with in Count One with Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), an offense for which a maximum term of imprisonment is 10 years as prescribed under Title 18 U.S.C. § 924(a)(2)

2. According to St. Louis Metorpolitian Police Department, on September 30, 2020, officers with the St. Louis Metropolitan Police Department were on patrol in the Mount Pleasant neighborhood of St. Louis City. Officers observed a maroon Chevy Impala traveling south on Virginia approaching Itaska. The vehicle violated a stop sign at the intersection and turned eastbound on Itaska.

3. Officers executed a traffic stop at 4200 S. Compton. One officer approached and made contact with the driver, Tommy G., the front seat passenger, Keith W., and the back seat passenger, Demarko Smith. As the driver rolled down the window, a strong odor of marijuana came out of the vehicle. The

occupants were asked for the identification and each complied.

4. Keith W. had an active wanted from the 1st District for Assault 1st. Defendant had two active bench warrants and a prior history was indicated.

5. While Defendant was being detained, one officer observed, in plain view, a "blunt" in the right rear passenger door, which was seized as evidence. A search of the vehicle revealed a black Denali COA .380 handgun under the drivers' seat. In an open red bag in the right rear passenger seat was found a silver Minima GAA .45 caliber handgun and a clear knotted plastic baggie containing a leafy green substance. I was also noticed that while obtaining the pedigree of Defendant, Defendant's left arm was resting over the top of the red bag.

6. Defendant was arrested for Felon in Possession of a Firearm and Possession of Marijuana. Defendant was read his right per Miranda, to which he stated that he understood and made no further statements.

7. Defendant, after one conviction and multiple pleas to felony drug offenses, is found in a vehicle with drugs and two guns. Defendant's continued drug possession and, now with a firearm, poses an increased risk to the community.

8. Defendant's criminal history reflects that he has conviction(s) including, but not limited to, the following:

| Date | Court | Case No. | Charge | Sentence |
|---|---|---|---|---|
| 8/15/2011 | St. Louis City Circuit | 1122-CR00301-01 | Poss of CDS | SIS – 2 years probation |
| 8/26/2016 | St. Louis County | 14SL-CR08946-01 | Poss of CDS | 4 year SES – 5 years probation |
| 9/28/2018 | St. Louis City Circuit | 1522-CR04953-01 | Poss of CDS x 4 | SIS – 1 day probation |
| 9/28/2018 | St. Louis City Circuit | 1622-CR00609-01 | Poss of CDS x 2 | SIS – 1 day probation |

9. Defendant's criminal history also reflects arrests not resulting in convictions including, but not limited to, the following:

Robbery 1st, Tampering 1st, multiple Possession of a Controlled Substance, Domestic Assault 2nd, Felony Stealing Livestock, Felony Probation Violation, and Felony Failure to Appear

10. Defendant history of drug offenses and arrest, coupled with several violent crimes arrest show he is a risk to the community, especially since the current incident included drugs and a firearm. Further, his history of probation violations and failure to appear are evidence that he is an increased flight risk.

11. Defendant has before been arrested for probation or parole violations. Defendant's inability to comply with the law while on probation and parole is indicative of his danger to the community and risk of flight were he to be released on bond in this case.

12. There is a serious risk that Defendant will flee, given Defendant's history of his failure to comply with supervision while on probation / parole, and the potential sentence Defendant faces in this case.

13. Defendant's criminal history and the nature and circumstances of the offense charged reflect that there is a serious danger to the community that would be posed by Defendant's release. Further, there are no conditions or combination of conditions that will reasonably assure Defendant's appearance as required.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ Daniel James*
DANIEL JAMES, #53370MO
Special Assistant United States Attorney