UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20-CR-00677 SRC NAB |
| DEMARKO SMITH, | ) **FILED UNDER SEAL** |
| Defendant. | ) ) ) |

**UNITED STATES OF AMERICA'S
MOTION TO DISMISS INDICTMENT**

The United States of America states as follows in support of its motion to dismiss the indictment in this matter against defendant Demarko Smith:

1. On October 21, 2020, the federal grand jury returned a one-count indictment against Demarko Smith in the above-referenced matter.

2. The United States respectfully requests that this Court dismiss the indictment against Demarko Smith in this matter (case number 4:20-CR-00677 SRC NAB) without prejudice.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ Daniel E. James*
DANIEL E. JAMES, #53370(MO)
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) 4:20-CR-00677 SRC NAB |
| DEMARKO SMITH, | ) **FILED UNDER SEAL** |
| Defendant. | ) |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of this Court endorsed hereon, the United States of America, via the United States Attorney for the Eastern District of Missouri, hereby dismisses the indictment filed against the above-named defendant without prejudice.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ Daniel E. James*
DANIEL E. JAMES, #53370(MO)
Special Assistant United States Attorney


Leave of Court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES DISTRICT JUDGE

Dated: This _____ day of November, 2020

# CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                        BY: */s/ Daniel James*  
                                        DANIEL E. JAMES, #53370(MO)  
                                        Special Assistant United States Attorney